Harley HURST, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 4956.

United States Court of Appeals
Tenth Circuit.

Nov. 18, 1954.

L. P. Paul Weadick, Denver, Colo., Robert J. Hill, Witchita, Kan., for appellant.

Frank D. McSherry, U. S. Atty., Harry G. Fender, Asst. U. S. Atty., Muskogee, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying a motion to vacate a sentence under 28 U.S.C.A. § 2255. On authority of Hurst v. United States, 10 Cir., 177 F.2d 894, the order is affirmed.

UNITED STATES of America, ex rel.
Patsy PILLO, Appellant,

v.

William F. PARKER, Sheriff, Burlington County, and Dr. Lloyd W. McCorkle, Warden, New Jersey State Penitentiary.

No. 11470.

United States Court of Appeals
Third Circuit.

Argued Dec. 7, 1954.

Decided Dec. 9, 1954.

Joseph Tomaselli, Camden, N. J., for appellant.

Harold Kolovsky, Trenton, N. J., for appellees.

Before BIGGS, Chief Judge, and MARIS, GOODRICH, McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

An examination of the briefs and record and consideration of the oral arguments in this case convinces us that there has been no denial of due process of law to the appellant, Pillo, by the Courts of New Jersey.

Accordingly, the judgment of the court below will be affirmed.